## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
             Plaintiff

      v.

Civil Action No:  15-05098

CONNIE STEC

             Defendant

## ORDER TO DISCONTINUE AND END

AND NOW, this ___25th___ day of __OCTOBER__ 2017 upon consideration of Plaintiff's

Motion to discontinue and end, it is ORDERED that the above captioned matter shall be marked

discontinued and ended without prejudice and the Judgment entered on December 9, 2015 shall be

vacated.

      This matter may be marked closed for statistical purposes.

By the Court

_Jan E. DuBois_     J.